[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 11, 2010
JOHN P. LEY
ACTING CLERK

_____

No. 09-12711
Non-Argument Calendar

_____

D. C. Docket No. 07-00051-CR-JEC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN PABLO GUTIERREZ,
a.k.a. Pablo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(January 11, 2010)

Before DUBINA, Chief Judge, BLACK and ANDERSON, Circuit Judges.

PER CURIAM:

David R. MacKusick, appointed counsel for Juan Pablo Gutierrez in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gutierrez's conviction and sentence are **AFFIRMED.**